CEBO et al. v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. March 4, 1918.) No. 3125. In Error to the District Court of the United States for the Southern Division of the Southern District of California

Robert O'Connor, U. S. Atty., and Gordon Lawson, Asst. U. S. Atty., both of Los Angeles, Cal.

PER CURIAM. Writ of error dismissed for noncompliance by plaintiffs in error with provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (208 Fed. ix, 124 C. C. A. ix).